█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT REED, Appellant. 
Memorandum: Upon our review of the record, we find no support for defendant's claims that prosecutorial misconduct and cumulative error by the trial court deprived him of a fair trial. In any event, several of the claimed errors were not preserved for review, and we find no reason to exercise our discretion to reach them in the interest of justice (*see, People v Thomas,* 50 NY2d 467, 471, 473). (Appeal from judgment of Supreme Court, Monroe County, Boomer, J. — murder, second degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD J. FALIERO, Appellant. 
 Memorandum: At defendant's trial for insurance fraud in the first degree (Penal Law § 176.20), the court properly received into evidence the jeweler's appraisal as an admission by defendant since defendant adopted the appraisal as his own when he sought to establish the value of the jewelry claimed to be stolen (*Rudolph v John Hancock Mut. Life Ins. Co.,* 251 NY 208; *see, Miller v Nationwide Mut. Fire Ins. Co.,* 100 AD2d 727). We have examined defendant's other claimed errors, and find them to be without merit. (Appeal from judgment of Supreme Court, Erie County, Doyle, J. — insurance fraud, first degree, and other charges.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

█ DOROTHY GASSMAN, as Executrix of ROBERT GASSMAN, Deceased, Respondent-Appellant, v JOHNS MANVILLE CORPORATION et al., Defendants, and EAGLE-PICHER INDUSTRIES, INC., et al., Appellants-Respondents. (Appeal No. 1.) 

Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

█ WILLIAM VALENTINE, Respondent-Appellant, v JOHNS MANVILLE CORPORATION et al., Defendants, and EAGLE-PICHER INDUSTRIES, INC., et al., Appellants-Respondents. (Appeal No. 2.)

Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.